UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER HINZE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TESLA, INC.,<br><br>　　　　Defendant. | Case No. 22-cv-02944-AMO<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE TRANSFERRED** |

In his complaint for products liability, negligence, failure to warn, and breach of warranty, Plaintiff Christopher Hinze alleges that "[v]enue is proper in this County because the subject vehicle was manufactured in this county and a substantial part of the events, acts, omissions, and transactions, complain[ed] of herein occurred in this County."  ECF 1-3 ("Compl.") ¶ 19. However, the accident giving rise to Hinze's claims occurred in Virginia.  *Id.* ¶ 20.  And, at the time of the accident, Hinze was a resident of Washington, D.C.  *Id.*  Accordingly, by no later than October 25, 2024, Hinze shall file a brief, of no more than 5 pages, explaining why this case should not be transferred to the United States District Court for the Eastern District of Virginia[1] pursuant to 28 U.S.C. § 1404(a), which provides that a court may transfer a civil action to any other district "[f]or the convenience of parties and witnesses [and] in the interest of justice."  Tesla may also file a brief, of no more than 5 pages, by that date.  Any factual contentions made in the briefing must be supported by declarations or other references to the record in compliance with Civil Local Rule 7-5.  Each side may file no more than 5 pages of supporting declarations.  Should the parties reach an agreement regarding transfer, they may file a stipulation to transfer the case in

---

[1] Alternatively, if the United States District Court for the Western District of Virginia covers the area where the accident occurred, the parties shall address whether transfer to that district is appropriate.

1  lieu of the required briefing.

2      The November 25, 2024 hearing on the pending choice of law motion is **VACATED**. The

3  hearing will be re-set, if necessary, following resolution of the transfer issue.

4      **IT IS SO ORDERED.**

5  Dated: October 15, 2024

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**

2